O'CONNOR PLAYDON & GUBEN LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JERROLD K. GUBEN    3107-0
JEFFERY S. FLORES    8691-0
Makai Tower, 24th Floor
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
jkg@opglaw.com
jsf@opglaw.com

Attorneys for Debtor and
Debtor-in-Possession,
KUHIO BANYAN OWNERS ASSOCIATION

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>KUHIO BANYAN OWNERS ASSOCIATION,<br><br>　　　　　　Debtor. | Case No. 14-00088<br>(Chapter 11)<br><br>DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT; EXHIBITS A AND B<br><br>*Hearing:*<br>Date:<br>Time:<br>Judge: The Honorable Robert J. Faris |

**DEBTORS' MOTION TO APPROVE SETTLEMENT
AGREEMENT**

Kuhio Banyan Owners Association ("KBOA"), the Debtor, move this Court for an order approving the settlement agreement between KBOA, KBLEA and Waikiki Marketplace Investment Corporation ("WMIC").

This Motion to Approve the Settlement Agreement is based on 11 U.S.C. § 1112, the attached memorandum and exhibits thereto and the files and pleadings in this case.

DATED: Honolulu, Hawaii, July 23, 2014.

JERROLD K. GUBEN
JEFFERY S. FLORES
Attorneys for Debtors
KUHIO BANYAN OWNERS
ASSOCIATION

O'CONNOR PLAYDON & GUBEN LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JERROLD K. GUBEN     3107-0
JEFFERY S. FLORES     8691-0
Makai Tower, 24th Floor
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:  (808) 531-8628
jkg@opglaw.com
jsf@opglaw.com

Attorneys for Debtor and
Debtor-in-Possession,
KUHIO BANYAN OWNERS ASSOCIATION

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>KUHIO BANYAN OWNERS ASSOCIATION,<br><br>              Debtor. | Case No. 14-00088<br>(Chapter 11)<br><br>_Hearing:_<br>Date:<br>Time:<br>Judge:  The Honorable Robert J. Faris |

**MEMORANDUM IN SUPPORT OF MOTION TO APPROVE THE
SETTLEMENT AGREEMENT; EXHIBITS A AND B**

Kuhio Banyan Owners Association ("KBOA"), the Debtor, submits this

Memorandum in Support of their Motion to Approve the Settlement Agreement.

# I.    BACKGROUND

On March 19, 2013, Waikiki Marketplace Investment Company, LLC ("WMIC"), filed a state court complaint in <u>Waikiki Marketplace Investment Company, LLC v. Kuhio Banyan Owners Association, et. al.</u>, Civil No. 13-1-0832, First Circuit Court, State of Hawaii.

Thereafter, on December 2, 2013, the circuit court in Case No. 13-1-0832 entered judgment in favor of WMIC in the amount of $221,213.82, which judgment provided for the termination of the various lease agreements, including sub-subleases and Guaranty of Sub-sublease ("Sublease"), effective April 1, 2010.

On November 7, 2013, KBLEA filed a Chapter 11 case, as the putative sublessee of the ground lease dated April 1, 2010, by and between WMIC and KBLEA. This court later ruled on January 27, 2014, that by assignment of the Sublease into a Land Trust No. 90-1825, Bank of Hawaii ("BOH") as the Trustee, the real party-in-interest and sole beneficiary of the Land Trust and the sublessee of the Sublease, was KBOA, not KBLEA.

Thereafter to preserve and protect the Sublease from the order of the First Circuit cancelling said Sublease, KBOA filed its own Chapter 11 case and invoked the automatic stay.

The parties in Case No. 13-1-0832 have filed appeals with Intermediate Court of Appeals, Case Nos. 13-6255 and 13-3606.  The appeals are,

by consent of the parties, stayed pending a resolution of the bankruptcy proceedings.

During the KBLEA Chapter 11, this Court ordered KBLEA/KBOA, as joint judgment debtors in Case No. 13-1-0832 to pay to WMIC an amount of $291,173.24 including the judgment amount of $221,213.82, attorney's fees and other costs. This amount was paid on or about December 9, 2013.

During the Chapter 11 case, effective November 1, 2014, the Debtors, pursuant to 11 U.S.C. § 365(d)(3), the Debtors have paid to WMIC the following amounts, through July, 2014:

| MONTH | GROUND LEASE PAYMENT | KBOA LEASE OFFICE |
|---|---|---|
| November, 2013 Ground Lease Rent CAM/Security and KBOA Office Rent | $57,875.85 | $5,553.50 |
| December, 2013 Ground Lease Rent CAM/Security and KBOA Office Rent | $57,875.85 | $5,553.50 |
| January, 2014 Ground Lease Rent CAM/Security and KBOA Office Rent | $57,620.91 | $5,553.50 |
| February 2014 Ground Lease Rent Property Tax/ CAM/Security and KBOA Office Rent | $82,630.31 | $7,273.00 |
| March 2014 Ground Lease Rent CAM/Security and KBOA Office Rent | $57,620.91 | $5,553.50 |
| April 2014 Ground Lease Rent CAM/Security and KBOA Office Rent | $57,620.91 | $5,553.50 |

U.S. Bankruptcy Court - Hawaii   #14-00088   Dkt # 97   Filed   07/23/14   Page 5 of 37

| | | |
|---|---|---|
| May 2014 Ground Lease Rent CAM/Security and KBOA Office Rent | $57,620.91 | $5,553.50 |
| June 2014 Ground Lease Rent CAM/Security /2013 CAM reconciliation and KBOA Office Rent | $70,422.72 | $5,472.60 |
| July 2014 Ground Lease Rent CAM/Security/2013 CAM Reconciliation and KBOA Office Rent | $58,605.67 | $5,553.50 |
| **SUBTOTAL** | **$557,894.04** | **$51,620.10** |
| | **TOTAL** | **$609,614.14** |

In addition to the rental payment, the Debtors have paid WMIC attorneys fees in the amount of $83,926.98 through July 1, 2014.

On May 20, 2014 MWIC filed an Amended Proof of Claim in the amount of $105,154.24, including payment of the pre-petition common area maintenance (CAM) charges and other expenses.

The Debtors have paid the Office of the United States Trustee through the Second Quarter of 2014. As part of the dismissal the Debtors will pay the quarterly fees through the Third Quarter of 2014.

The Debtors have timely filed their several and separate Monthly Operating Reports through June, 2014.

All of the requirements of a Chapter 11 debtor have been satisfied and now the parties, KBOA, KBLEA and WMIC, seek to settle all disputes and resolve all pending litigation, including Civil No. 13-1-0832, the state court suit, and all

pending appeals, and amounts claimed in the amended proof of claim, as modified by the terms of the Settlement Agreement. See Exhibit A.

The claims of the other creditors, Exhibit B, will remain in effect, if not paid upon the dismissal of the Chapter 11 cases.

While this is not a single asset real estate, since KBOA operates a business, the major assets is the WMIC sublease and the major obligations is the WMIC obligation.

The Settlement Agreement provides for the payment of $100,459.75 through June 30, 2014, to WMIC in full complete resolution of the prepetition claims and the payment of all obligations to WMIC, in the agreed upon amount.

The standard to approve a settlement under Rule 9019, F.R.Bk.P., such as the settlement proposed herein by the Ninth Circuit was outlined in In re A&C Properties, 784 F.2d 1377 (9th Cir. 1986).

The Court of Appeals noted that in determining the fairness, reasonableness and adequacy of a proposed settlement agreement, the bankruptcy court must consider:

> (a) The probability of success in the litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises.

> In re Flight Transportation Corporation Securities Litigation, 730 F.2d 1128, 1135 (8th Cir. 1984) (citations omitted), cert. denied, 469 U.S. 1207, 105 S. Ct. 1169, 84 L. Ed. 2d 320 (1985). Accord, Matter of Jackson Brewing Co., 624 F.2d 605, 607 (5th Cir. 1980), court must review the particular facts and circumstances with adequate detail and explanation to determine (1) the probability of success in the litigation, with due consideration for the uncertainty in fact and law, (2) the complexity and likely duration of the litigation and any attendant expense, inconvenience and delay, and (3) all other factors bearing on the wisdom of the compromise). The record reflects the careful consideration given to the compromise by the bankruptcy court and the inordinate amount of expertise which went into the ultimate compromise approval. See In re Blair, 538 F.2d at 851.

784 F.2d at 1381.

The Debtors believe these factors weigh in favor of approving the instant settlement agreement and that such settlement is in the best interests of the estate. With this settlement, the Debtors will continue to operate without the uncertainty and continued expenses being incurred in bankruptcy, including but not limited to the filing of a plan of reorganization and disclosure statement. Additionally, the settlement agreement provides for payment of the Debtors largest creditor. The only other creditors are non-voting creditors, since they are 11 U.S.C. §1129(a)(9)(b) or (c)-type creditors, whose payments would have to be paid according to the Code and do not vote for or against a plan.

Based on the above, the Debtors, KBLEA and KBOA, request the Court:

(1)    approve the execution of the Settlement Agreement and the payment of $100,459.75 and the authority to execute all of the exhibits to the Settlement Agreement; and

(2)    an order dismissing the Chapter 11 cases, upon the payment of the United States Trustee's quarterly fees for the Second and Third Quarters of 2014;

DATED: Honolulu, Hawaii, July 23, 2014.

_____

JERROLD K. GUBEN
JEFFERY S. FLORES
Attorneys for Debtors
KUHIO BANYAN OWNERS
ASSOCIATION

# Exhibit A

## SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS

This SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS (the "Agreement"), is made this 21st day of July, 2014, by and between WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC, a Hawaii limited liability company ("WMIC"), whose address is c/o Klevansky Piper, LLP, a limited liability law partnership, 841 Bishop Street, Suite 1707, Honolulu, Hawaii 96813, KUHIO BANYAN OWNERS ASSOCIATION, a Hawaii nonprofit corporation ("KBOA"), whose address is c/o O'Connor Playdon & Guben, Makai Tower, 733 Bishop Street, 24th Floor, Honolulu, Hawaii 96813, KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC., a Hawaii corporation ("KBLEA"), whose address is c/o O'Connor Playdon & Guben, Makai Tower, 733 Bishop Street, 24th Floor, Honolulu, Hawaii 96813, and BANK OF HAWAII, a Hawaii Corporation, as Trustee under Land Trust No. 90-01825 ("BOH Land Trust"), whose address 111 South King Street, Honolulu, Hawaii 96813 ("BOH").

## RECITALS

WHEREAS:

A.     WMIC, as Lessor, and KBOA's predecessor in interest, as Lessee, previously entered into an Indenture of Sub-Sub-Sublease dated November 27, 1981, as amended (as amended, the "Sub-Sub-Sublease"), with respect to seventy hotel rooms and the adjacent hallways of the Waikiki Marketplace (the "Hotel") on property located at 2310 Kuhio Avenue in Waikiki, Hawaii (the "Leased Rooms").

B.     WMIC, as Lessor, and KBOA's predecessor in interest, as Lessee, also entered into that certain Waikiki Marketplace Sublease dated April 30, 1987, with respect to Shop No. 18 on the first floor of the Hotel (the "Office Lease").

C.     The terms of the Sub-Sub-Sublease and Office Lease were extended to March 31, 2040, pursuant to the Memorandum of Agreement Regarding Sub-Sub-Sublease, dated May 4, 2006 ("Memorandum of Agreement").

D.     On or about December 4, 2007, WMIC, as "Lessor", KBLEA, as "Lessee", and KBOA, as "Guarantor" entered into that certain Sub-Sublease and Guaranty of Sublease (the "Sub-Sublease and Guaranty") demising the Hotel Rooms for a term expiring on March 31, 2040. KBOA guaranteed the obligations of KBLEA under the Sub-Sublease and Guaranty. KBLEA subsequently conveyed its interest in the Sub-Sublease and Guaranty to Bank of Hawaii.

E.     In addition, pursuant to an oral agreement between WMIC and KBOA, WMIC agreed to provide certain security and related services through its security personnel at the Hotel in exchange for $720.00 per month from KBOA (the "Security Services Agreement").

**Circuit Court Case**

F.     KBOA, KBLEA and BOH defaulted under the various agreements by failing to pay the amounts owed when due, and on March 19, 2013, WMIC filed a complaint to

U.S. Bankruptcy Court - Hawaii   #14-00088   Dkt # 97   Filed  07/23/14   Page 10 of 37

Exhibit A

terminate the leases commencing the action <u>Waikiki Marketplace Investment Company, LLC v.</u> <u>Kuhio Banyan Owners Association, et al.</u>, Civil No. 13-1-0832-03, First Circuit Court of the State of Hawaii (the "Circuit Court Case").

G. Pursuant to an Order entered on December 2, 2013 (the "Summary Judgment Order"), the Court granted summary judgment in favor of WMIC and against KBOA, KBLEA, and BOH on all counts of the Complaint including (i) Count I - judgment for amounts owed to WMIC for all indebtedness owed by KBOA as a result of KBOA's failure to pay WMIC the amounts owed under the Sub-Sub-Sublease as of October 1, 2013; (ii) Count II – judgment terminating the Sub-Sub-Sublease, (iii) Count III – judgment for amounts owed to WMIC for all indebtedness owed by KBOA, as a result of KBOA's failure to pay WMIC the amounts owed under the Office Lease; (iv) Count IV – judgment terminating the Office Lease; (v) Count V - judgment for amounts owed to WMIC for all indebtedness owed by KBOA, KBLEA and BOH, as a result of the failure to pay WMIC the amounts owed under the Sub-Sublease and Guaranty; (vi) Count VI – judgment terminating the Sub-Sublease and Guaranty; (vii) Count VII – judgment for amounts owed to WMIC for all indebtedness owed by KBOA under the Security Services Agreement; (viii) Count VIII – judgment terminating the Security Services Agreement; and (ix) Count IX – judgment awarding WMIC its attorneys' fees.

H. Also, pursuant to an Order entered on December 3, 2013 (the "Arbitration Denial Order"), the Court denied the motion filed by KBOA, KBLEA, and BOH, for dismissal of the Complaint and to compel arbitration.

**Appeal Cases**

I. On September 25, 2013,, KBOA, KBLEA, and BOH filed a Notice of Appeal commencing the case CAAP – 13-0003606 in the Intermediate Court of Appeals ("Appeal I"), pursuant to which they appealed from the denial of their Motion to dismiss the Complaint in the Circuit Court Case.

J. On December 27, 2013, KBOA, KBLEA, and BOH filed a Notice of Appeal commencing the case CAAP – 13-0006255 in the Intermediate Court of Appeals ("Appeal II"), pursuant to which they appealed from the denial of their Motion to dismiss the Complaint in the Circuit Court Case and the granting of WMIC's motion for summary judgment on all counts of the Complaint in the Circuit Court Case.

**Bankruptcy Cases**

K. On November 8, 2013, KBLEA filed a voluntary bankruptcy petition commencing the Chapter 11 bankruptcy case entitled <u>In re Kuhio Banyan Lease Extension</u> <u>Accommodator, Inc.</u>, Bk. No. 13-01821, United States Bankruptcy Court for the District of Hawaii (the "KBLEA Bankruptcy Case").

L. On January 27, 2014, KBOA filed a voluntary bankruptcy petition commencing the Chapter 11 bankruptcy case entitled <u>In re Kuhio Banyan Owners Association</u>, Bk. No. 14-00088, United States Bankruptcy Court for the District of Hawaii (the "KBOA Bankruptcy Case").

M.	On May 20, 2014, WMIC filed an Amended Proof of Claim in the KBOA Bankruptcy Case in the amount of $105,154.24, which included unpaid 2011 and 2012 Common Area Maintenance Fees and related charges, an adjustment for 2013 Common Area Maintenance Fees and unpaid legal fees through May 1, 2014 ("Amended POC").

N.	During the bankruptcy cases, KBOA/KBLEA, have made judgment payments in the amount of $291.173.24.

O.	In addition to payment of the $291,173.24 in partial satisfaction of the judgment in Civil No. 13-1-0832, KBOA has made the following rent payments, on the subsublease, CAM/Security, Property Tax, 2013 CAM Reconciliation and KBOA office space lease from November 1, 2013 to June 1, 2014:

| Month | Ground Lease Payment | KBOA Office Lease |
|---|---|---|
| November, 2013 Ground Lease Rent CAM/Security and KBOA Office Rent | $57,875.85 | $5,553.50 |
| December, 2013 Ground Lease Rent CAM/Security and KBOA Office Rent | $57,875.85 | $5,553.50 |
| January, 2014 Ground Lease Rent CAM/Security and KBOA Office Rent | $57,620.91 | $5,553.50 |
| February 2014 Ground Lease Rent Property Tax/ CAM/Security and KBOA Office Rent | $82,630.31 | $7,273.00 |
| March 2014 Ground Lease Rent CAM/Security and KBOA Office Rent | $57,620.91 | $5,553.50 |
| April 2014 Ground Lease Rent CAM/Security and KBOA Office Rent | $57,620.91 | $5,553.50 |

| Month | Ground Lease Payment | KBOA Office Lease |
|---|---|---|
| May 2014 Ground Lease Rent CAM/Security and KBOA Office Rent | $57,620.91 | $5,553.50 |
| June 2014 Ground Lease Rent CAM/Security /2013 CAM reconciliation and KBOA Office Rent | $70,422.72 | $5,472.60 |
| July 2014 Ground Lease Rent CAM/Security/2013 CAM Reconciliation and KBOA Office Rent | $58,605.67 | $5,553.50 |
| SUBTOTAL | $557,894.04 | $51,620.10 |

   P. In addition, KBOA has paid WMIC $83,926.98 in attorney's fees through July 1, 2014.

   Q. The parties wish to resolve the claims in the above-referenced cases.

   **NOW THEREFORE**, in consideration of the mutual agreements contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby acknowledge, covenant, and agree as follows:

   1. **Payment of Amounts Owed to WMIC**.  KBOA shall pay to WMIC the sum of **$88,420.86**, which is the amount owed in the modified and agreed upon Amended POC, no later than **July 11, 2014**.  In addition, KBOA agrees to pay to WMIC the sum of **$12,038.89** which is the fees and costs, not included in the Amended POC, which have been incurred by WMIC through June 30, 2014, no later than **July 11, 2014**.

   2. **Payment of Additional Rent and WMIC Attorneys' Fees and Costs Incurred**.  KBOA shall continue to pay rent and all other amounts owed to WMIC, as and when the same shall become due under the Sub-Sublease Guaranty, the Security Services Agreement, and the Office Lease, and shall pay, within twenty (20) days of written notice, all additional attorneys' fees and costs as WMIC may incur with respect to the matters set forth herein (hereinafter collectively the "Continuing Obligations"), which Continuing Obligations shall be the costs of enforcing this Agreement  WMIC is relying on KBOA's promise to pay the Continuing Obligations, as and when they become due, and WMIC's obligation to take any

U.S. Bankruptcy Court - Hawaii  #14-00088  Dkt # 97  Filed  07/23/14  Page 13 of 37

action pursuant to this Agreement is expressly conditioned on KBOA paying the Continuing Obligations as and when they become due.

**3.** **Dismissal of Appeal Cases.** Within twenty (20) days after the Court in the Bankruptcy Cases enters orders approving this Agreement, the parties shall file a stipulation for dismissal of Appeal I and Appeal II with prejudice, in substantially the forms attached hereto as Exhibit "A".

**4.** **Dismissal of Bankruptcy Cases.** Concurrent with the motion to approve the Agreement, KBOA and KBLEA shall file a Motion to Dismiss the KBOA Bankruptcy Case and KBLEA Bankruptcy Case, the hearings on both motions shall be heard concurrently and on an expedited basis. The motions to dismiss, if orally granted at the hearing shall be effective only if the order approving the Agreement is not appealed within the fourteen (14) day period or any period extended. Provided KBOA has paid all amounts set forth in paragraphs 1 and 2 above, WMIC shall file statements of no objection to each of the motions to dismiss the KBOA Bankruptcy Case and the KBLEA Bankruptcy Case.

**5.** **Modification of Order in Circuit Court Case.** Within ten (10) days after the Bankruptcy Court in the Bankruptcy Cases enters orders approving this Agreement and provided KBOA has paid all amounts set forth in paragraphs 1 and 2 above, the parties shall file in the Circuit Court Case a stipulation to modify the Summary Judgment Order, in substantially the form attached hereto as Exhibit "B", pursuant to which the parties shall agree that the provisions of the Summary Judgment Order respecting termination of the Sub-Sub-Sublease, Sub-Sublease and Guaranty, Office Lease, and Security Services Agreement are modified to provide that these agreements are not thereby terminated. In addition, within ten (10) days after the Bankruptcy Court in the Bankruptcy Cases enters orders approving this Agreement and provided KBOA has paid all amounts set forth in paragraphs 1 and 2 above, WMIC shall file in the Circuit Court Case a notice of partial satisfaction of the amounts owed under the Summary Judgment Order, in substantially the form attached hereto as Exhibit "C".

**6.** **Court Approval and Binding Effect.** This Agreement is subject to and shall not become effective until and unless it is executed by all parties, and a final unstayed order is entered by the Bankruptcy Court approving all of the terms and conditions set forth in this Agreement in both the KBLEA Bankruptcy Case and the KBOA Bankruptcy Case. Upon payments set forth herein, execution by the parties, and approval by the Court, this Agreement shall be binding upon the parties hereto and each of their respective predecessors, successors, assigns, heirs, beneficiaries, and representatives, and shall inure to the benefit of the parties hereto and each of their respective predecessors, successors, assigns, heirs, beneficiaries, and representatives.

**7.** **No Benefit to Third Parties.** The parties agree that this Agreement is made for the benefit of the parties alone to the extent and in the manner expressly set forth herein, and, accordingly, no third party shall be benefitted by this Agreement, and no party to this Agreement does or shall be deemed to release or diminish its claims against third parties by reason of this Agreement, all of which rights are expressly reserved.

U.S. Bankruptcy Court - Hawaii   #14-00088   Dkt # 97   Filed   07/23/14   Page 14 of 37

8.      Absence of Personal Liability of BOH. This Agreement is made by BOH, as trustee as aforesaid, not personally or individually, but solely as trustee as aforesaid and it is expressly understood and agreed by and between the parties hereto, anything in this Agreement to the contrary notwithstanding, that each and all of the covenants, warranties, representations, and agreements contained in this Agreement or in any amendments thereto, are made and intended not as personal covenants, warranties, representations, undertakings, and agreements of BOH or any of its respective officers, agents, or employees, but this Agreement is made by BOH solely as trustee as aforesaid and no personal liability or personal responsibility is assumed by, or shall at any time be asserted or enforced against BOH, its officers, agents, or employees on account of any covenants, warranties, representations, undertakings, or agreements contained in this Agreement or in any amendments thereto, or otherwise, either express or implied, all such personal liability, if any, being hereby expressly waived and released.

In accordance with the terms of section 560:7-306(a) of the Hawaii Revised Statutes, as amended, any liability of BOH which may arise as a result of BOH accepting or approving this instrument is a liability of the trust estate established under the BOH Land Trust described above and not the personal liability of BOH.

9.      **Construction and Interpretation.** The parties understand the contents of this Agreement and have had an opportunity to review the same with attorneys of their choice. Each of the parties has been advised by its attorney concerning the contents and effect of this Agreement and its various provisions, or shall be deemed conclusively to have waived the right to be so advised along with any argument based upon the lack of such advice. The parties have participated jointly in the negotiation and drafting of this Agreement. In the event an ambiguity or question of intent or interpretation arises, this Agreement shall be construed as if drafted jointly by the parties and no presumption or burden of proof shall arise favoring or disfavoring any party by virtue of the authorship of any of the provisions of this Agreement.

10.     **Further Assurances.** The parties agree to do such acts as are necessary to carry out the terms and provisions of this Agreement.

11.     **No Admissions.** This Agreement constitutes a good faith settlement and compromise of the matters at issue and resulted from arms-length negotiations conducted by counsel for the parties with the parties' full approval and consent in order to avoid the expense and/or burden of litigation. Nothing herein shall be construed as an admission of any liability on the part of any party.

12.     **Grammar.** Whenever in this Agreement the context may so require, the masculine gender shall be deemed to refer to and include the feminine and neuter, and the singular number shall be deemed to refer to and include the plural, and vice versa.

13.     **Severability.** It is the intent of the parties that every provision of this Agreement be fully enforceable. If any provision of this Agreement or the application thereof to any person or circumstance shall be invalid or unenforceable to any extent, the remainder of this Agreement and the application of such provision to other persons or circumstances shall not be affected thereby.

U.S. Bankruptcy Court - Hawaii  #14-00088  Dkt # 97  Filed  07/23/14  Page 15 of 37

14.    **Amendments**.  This Agreement shall not be altered, amended, modified, or otherwise changed, in any respect or particular whatsoever, except by writing duly executed by the parties hereto.  The parties hereby acknowledge and agree that they will make no claim at any time that this Agreement has been orally altered or modified in any respect whatsoever.  This Agreement constitutes a single integrated written contract, expresses the entire agreement among the parties hereto, and supersedes all prior oral and written agreements, representations, negotiations, and correspondence with respect to the matters addressed herein.

15.    **No Representations.**  None of the parties to this Agreement, nor anyone acting on their behalf, has relied on any representations, statements, or opinions of any other party or their representatives in entering into and executing this Agreement, other than as expressly set forth herein.

16.    **Capacity.**  Each of the parties herein represents, warrants, and covenants that he, she, or it, as applicable, in executing this Agreement individually, or in a representative capacity, is duly authorized to do so.

17.    **Counterparts and Facsimile Signature**.  This Agreement may be executed in counterparts, each of which shall, for all purposes, be deemed to be an original and all of which shall constitute but one and the same Agreement.  Further, the parties agree that when this Agreement is executed by any party, a facsimile or electronic copy of that signature shall be deemed to be an original signature for any and all purposes.

18.    **Governing Law, Jurisdiction and Venue**.  This Agreement shall in all respects be interpreted, enforced, and governed under the laws of the State of Hawaii.  Any proceeding(s) to enforce this Agreement shall be commenced in the United States Bankruptcy Court for the District of Hawaii.

IN WITNESS of the agreement of each of the parties hereto to the terms and conditions of this Agreement, the parties have executed or caused this Agreement to be executed on their behalf effective as of the first date hereof.

[Signatures on following page.  Remainder of page intentionally left blank]

WAIKIKI MARKETPLACE INVESTMENT
COMPANY, LLC
A Hawaii limited liability company


By:     Shidler Pacific Advisors, LLC
        a Hawaii limited liability company
        Its Authorized Agent

        By:     JHS Manager LLC
                A Delaware limited liability company
                Its Manager


                _____
                Lawrence J. Taff
                Its President

                                            "WMIC"


Approved as to form:

_____
SIMON KLEVANSKY
ALIKA L. PIPER
Attorneys for Waikiki Marketplace Investment
Company, LLC


KUHIO BANYAN OWNERS ASSOCIATION


By:     _____
        Name: _____
        Its:  _____

    [Signatures continue on next page]

U.S. Bankruptcy Court - Hawaii  #14-00088  Dkt # 97  Filed  07/23/14  Page 17 of 37

KUHIO BANYAN LEASE EXTENSION
ACCOMMODATOR, INC.

By: _____
     Name: _____
     Its: _____

BANK OF HAWAII, as Trustee under Land Trust
No. 90-01825

By: _____
     Name: _____
     Its: _____

By: _____
     Name: _____
     Its: _____

Approved as to form:

_____
JERROLD K. GUBEN
Attorney for Kuhio Banyan Owners Association,
Kuhio Banyan Lease Extension Accommodator, Inc.
and Bank of Hawaii, as Trustee under Land Trust
No. 90-01825

U.S. Bankruptcy Court - Hawaii   #14-00088   Dkt # 97   Filed  07/23/14   Page 18 of 37

# EXHIBIT "A"

CAAP-13-0003606

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAII

| | |
|---|---|
| WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC, a Hawaii limited liability company, | Civil No. 13-1-0832-03 (Foreclosure) |
| Plaintiff-Appellee, | APPEAL FROM THE |
| vs. | ORDER DENYING KUHIO BANYAN OWNERS ASSOCIATION, KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC., AND BANK OF HAWAII'S MOTION FOR PARTIAL DISMISSAL OF THE COMPLAINT AND FOR AN ORDER COMPELLING ARBITRATION AND APPOINTING AN ARBITRATOR |
| KUHIO BANYAN OWNERS ASSOCIATION, a Hawaii nonprofit corporation; KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC., a Hawaii corporation; and BANK OF HAWAII, a Hawaii corporation as Trustee Under Land Trust No. 90-01825, as Lessee, | |
| Defendants-Appellants. | FIRST CIRCUIT COURT HONORABLE BERT I. AYABE Judge |

**EXHIBIT "A"**

62760.docx

## STIPULATION TO DISMISS APPEAL WITH PREJUDICE AND ORDER

KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership

SIMON KLEVANSKY    3217-0
ALIKA L. PIPER         6949-0
841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Phone: (808) 536-0200
Fax: (808) 237-5757
E-mail: sklevansky@kplawhawaii.com
        apiper@kplawhawaii.com

Attorneys for Plaintiff-Appellee

U.S. Bankruptcy Court - Hawaii  #14-00088  Dkt # 97  Filed  07/23/14  Page 21 of 37

## STIPULATION TO DISMISS APPEAL WITH PREJUDICE

Appellants KUHIO BANYAN OWNERS ASSOCIATION, a Hawaii nonprofit corporation; KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC., a Hawaii corporation; and BANK OF HAWAII, a Hawaii corporation as Trustee Under Land Trust No. 90-01825, as Lessee (collectively the "Appellants") and Appellee WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC, a Hawaii limited liability company (the "Appellee"), by and through their undersigned attorneys of record, hereby stipulate that this appeal shall be, and the same is hereby, DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs. No other parties or claims remain in this appeal. This stipulation is made pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and shall be effective upon approval by the Court.

DATED: Honolulu, Hawaii, _____

_____
SIMON KLEVANSKY
ALIKA L. PIPER
Attorneys for Plaintiff-Appellee
WAIKIKI MARKETPLACE
INVESTMENT COMPANY, LLC

U.S. Bankruptcy Court - Hawaii #14-00088 Dkt # 97 Filed 07/23/14 Page 22 of 37

JERROLD K. GUBEN
JEFFREY FLORES
Attorneys for Defendants-Appellants
KUHIO BANYAN OWNERS
ASSOCIATION, KUHIO BANYAN
LEASE EXTENSION
ACCOMMODATOR, INC., and
BANK OF HAWAII, a Hawaii
corporation as Trustee Under Land
Trust No. 90-01825, as Lessee

APPROVED AND SO ORDERED:

Waikiki Marketplace Investment Company, LLC vs. Kuhio Banyan Owners
Association; Appellate Case No. CAAP-13-0003606; STIPULATION TO
DISMISS APPEAL WITH PREJUDICE

62760.docx

- 4 -

CAAP-13-0006255

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAII

| | |
|---|---|
| WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC, a Hawaii limited liability company, | Civil No. 13-1-0832-03 (Foreclosure) |
| Plaintiff-Appellee, | APPEAL FROM THE |
| vs. | (1) ORDER DENYING KUHIO BANYAN OWNERS ASSOCIATION, KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC., AND BANK OF HAWAII'S MOTION FOR PARTIAL DISMISSAL OF THE COMPLAINT AND FOR AN ORDER COMPELLING ARBITRATION AND APPOINTING AN ARBITRATOR |
| KUHIO BANYAN OWNERS ASSOCIATION, a Hawaii nonprofit corporation; KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC., a Hawaii corporation; and BANK OF HAWAII, a Hawaii corporation as Trustee Under Land Trust No. 90-01825, as Lessee, | |
| Defendants-Appellants. | (2) ORDER GRANTING PLAINTIFF WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS KUHIO BANYAN OWNERS |

62759.docx

ASSOCIATION, KUHIO BANYAN
LEASE EXTENSION
ACCOMMODATOR, INC., AND
BANK OF HAWAII ON ALL
COUNTS OF COMPLAINT FOR
TERMINATION OF LEASES AND
OTHER RELIEF


FIRST CIRCUIT COURT

HONORABLE BERT I. AYABE
Judge

---

## STIPULATION TO DISMISS APPEAL WITH PREJUDICE AND ORDER

KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership

SIMON KLEVANSKY    3217-0
ALIKA L. PIPER        6949-0
841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Phone: (808) 536-0200
Fax: (808) 237-5757
E-mail: sklevansky@kplawhawaii.com
         apiper@kplawhawaii.com

Attorneys for Plaintiff-Appellee

## STIPULATION TO DISMISS APPEAL WITH PREJUDICE

Appellants KUHIO BANYAN OWNERS ASSOCIATION, a Hawaii nonprofit corporation; KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC., a Hawaii corporation; and BANK OF HAWAII, a Hawaii corporation as Trustee Under Land Trust No. 90-01825, as Lessee (collectively the "Appellants") and Appellee WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC, a Hawaii limited liability company (the "Appellee"), by and through their undersigned attorneys of record, hereby stipulate that this appeal shall be, and the same is hereby, DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs. No other parties or claims remain in this appeal. This stipulation is made pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and shall be effective upon approval by the Court.

DATED: Honolulu, Hawaii, _____

_____
SIMON KLEVANSKY
ALIKA L. PIPER
Attorneys for Plaintiff-Appellee
WAIKIKI MARKETPLACE
INVESTMENT COMPANY, LLC

U.S. Bankruptcy Court - Hawaii #14-00088 Dkt # 97 Filed 07/23/14 Page 26 of 37

JERROLD K. GUBEN
JEFFREY FLORES
Attorneys for Defendants-Appellants
KUHIO BANYAN OWNERS
ASSOCIATION, KUHIO BANYAN
LEASE EXTENSION
ACCOMMODATOR, INC., and
BANK OF HAWAII, a Hawaii
corporation as Trustee Under Land
Trust No. 90-01825, as Lessee

APPROVED AND SO ORDERED:

Waikiki Marketplace Investment Company, LLC vs. Kuhio Banyan Owners
Association; Appellate Case No. CAAP-13-0006255; STIPULATION TO
DISMISS APPEAL WITH PREJUDICE

U.S. Bankruptcy Court - Hawaii  #14-00088  Dkt # 97  Filed  07/23/14  Page 27 of 37

# EXHIBIT "B"

KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership

SIMON KLEVANSKY        3217-0
ALIKA L. PIPER         6949-0
841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5758
E-Mail:    sklevansky@kplawhawaii.com
           apiper@kplawhawaii.com

Attorneys for Plaintiff WAIKIKI MARKETPLACE
INVESTMENT COMPANY, LLC

### IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

### STATE OF HAWAII

| | |
|---|---|
| WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC, a Hawaii limited liability company,<br><br>        Plaintiff<br><br>      v.<br><br>KUHIO BANYAN OWNERS ASSOCIATION, a Hawaii nonprofit corporation; KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC., a Hawaii corporation; BANK OF HAWAII, a Hawaii corporation, as Trustee Under Land Trust No. 90-01825, as Lessee; JOHN DOES 1-50, JANE DOES 1-50, DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50, DOE ENTITIES 1-50, and DOE GOVERNMENTAL ENTITIES 1-50,<br><br>        Defendants. | Civil No.  13-1-0832-03<br>(Foreclosure)<br><br>STIPULATED ORDER MODIFYING "ORDER GRANTING PLAINTIFF WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS KUHIO BANYAN OWNERS ASSOCIATION, KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC. AND BANK OF HAWAII ON ALL COUNTS OF COMPLAINT FOR TERMINATION OF LEASES AND OTHER RELIEF, FILED ON MARCH 19, 2013, FILED ON MAY6, 2013" FILED ON DECEMBER 2, 2013<br><br><br>Judge:  Hon. Bert I. Ayabe<br><br>TRIAL DATE:  None set. |

### EXHIBIT "B"

STIPULATED ORDER MODIFYING "ORDER GRANTING PLAINTIFF WAIKIKI
MARKETPLACE INVESTMENT COMPANY, LLC'S MOTION FOR SUMMARY
JUDGMENT AGAINST DEFENDANTS KUHIO BANYAN OWNERS ASSOCIATION,
KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC. AND BANK OF
HAWAII ON ALL COUNTS OF COMPLAINT FOR TERMINATION OF LEASES AND
OTHER RELIEF, FILED ON MARCH 19, 2013, FILED ON MAY6, 2013"
<u>FILED ON DECEMBER 2, 2013</u>

This STIPULATED ORDER MODIFYING "ORDER GRANTING PLAINTIFF
WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC'S MOTION FOR SUMMARY
JUDGMENT AGAINST DEFENDANTS KUHIO BANYAN OWNERS ASSOCIATION,
KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC. AND BANK OF
HAWAII ON ALL COUNTS OF COMPLAINT FOR TERMINATION OF LEASES AND
OTHER RELIEF, FILED ON MARCH 19, 2013, FILED ON  MAY6, 2013" FILED ON
DECEMBER 2, 2013 (the "Summary Judgment Order") is entered into by and between Plaintiff
WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC ("WMIC") and Defendants
KUHIO BANYAN OWNERS ASSOCIATION ("KBOA"), KUHIO BANYAN LEASE
EXTENSION ACCOMMODATOR, INC. ("KBLEA"), BANK OF HAWAII, as Trustee Under
Land Trust No. 90-01825, as Lessee ("BOH") (collectively "Defendants") with reference to the
following facts:

A.      On December 2, 2013, the Court entered the Summary Judgment Order in
which the Court, among other things, granted summary judgment in favor of WMIC and against
KBOA, KBLEA, and BOH on all counts of the Complaint including without limitation (1) Count
II – judgment terminating the  Indenture of Sub-Sub-Sublease dated November 27, 1981, as
amended   (the "Sub-Sub-Sublease"), (2) Count IV – judgment terminating the Waikiki
Marketplace Sublease dated April 30, 1987, with respect to Shop No. 18 (the "Office Lease"),
(3) Count VI – judgment terminating the Sub-Sublease and Guaranty, dated December 4, 2007

U.S. Bankruptcy Court - Hawaii  #14-00088  Dkt # 97  Filed 07/23/14  Page 30 of 37

(the "Sub-Sublease and Guaranty"), and (4) Count VIII – judgment terminating the oral agreement between WMIC and KBOA, for WMIC to provide certain security and related services through its security personnel at the Hotel in exchange for $720.00 per month from KBOA (the "Security Services Agreement").

  B.  On November 8, 2013, KBLEA filed a voluntary bankruptcy petition commencing the Chapter 11 bankruptcy case entitled <u>In re Kuhio Banyan Lease Extension Accommodator, Inc.</u>, Bk. No. 13-01821, United States Bankruptcy Court for the District of Hawaii (the "KBLEA Bankruptcy Case").

  C.  On January 27, 2014, KBOA filed a voluntary bankruptcy petition commencing the Chapter 11 bankruptcy case entitled <u>In re Kuhio Banyan Owners Association</u>, Bk. No. 14-00088, United States Bankruptcy Court for the District of Hawaii (the "KBOA Bankruptcy Case").

  D.  The parties have entered into a Settlement Agreement, subject to Court approval in both the KBLEA Bankruptcy Case and the KBOA Bankruptcy Case, pursuant to which KBOA shall pay certain amounts to WMIC and the parties shall agree, among other things, to modify the Summary Judgment Order, as set forth herein, to provide that the Sub-Sub-Sublease, the Office Lease, the Sub-Sublease and Guaranty and the Security Services Agreement shall not be terminated.

  NOW THEREFORE, IT IS HEREBY ORDERED THAT:

  1.  The Summary Judgment Order is hereby MODIFIED and AMENDED to provide that the Sub-Sub-Sublease, the Office Lease, the Sub-Sublease and Guaranty and the Security Services Agreement are not terminated pursuant to the Summary Judgment Order.

U.S. Bankruptcy Court - Hawaii  #14-00088  Dkt # 97  Filed 07/23/14  Page 31 of 37

2.      Nothing herein shall limit WMIC's right to seek termination of these agreements on a later date, in the event the Defendants, or any of them, shall default pursuant to the terms of any of the agreements.

3.      The remaining provisions of the Summary Judgment Order shall remain in full force and effect, subject to such further notices or modifications as may be filed in this case.

DATED: Honolulu, Hawaii _____

_____
SIMON KLEVANSKY
ALIKA L. PIPER
Attorneys for Plaintiff
WAIKIKI MARKETPLACE
INVESTMENT COMPANY, LLC

_____
JERROLD K. GUBEN
JEFFREY FLORES
Attorneys for Defendants  KUHIO
BANYAN OWNERS ASSOCIATION,
KUHIO BANYAN LEASE EXTENSION
ACCOMMODATOR, INC.,  and BANK
OF HAWAII, a Hawaii corporation as
Trustee Under Land Trust No. 90-01825, as
Lessee

APPROVED AND SO ORDERED:


_____
JUDGE OF THE ABOVE-ENTITLED COURT

U.S. Bankruptcy Court - Hawaii  #14-00088  Dkt # 97  Filed  07/23/14  Page 32 of 37

# EXHIBIT "C"

KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership

SIMON KLEVANSKY        3217-0
ALIKA L. PIPER         6949-0
841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5758
E-Mail:   sklevansky@kplawhawaii.com
          apiper@kplawhawaii.com

Attorneys for Plaintiff WAIKIKI MARKETPLACE
INVESTMENT COMPANY, LLC

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAII

| | |
|---|---|
| WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC, a Hawaii limited liability company,<br><br>Plaintiff<br><br>v.<br><br>KUHIO BANYAN OWNERS ASSOCIATION, a Hawaii nonprofit corporation; KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC., a Hawaii corporation; BANK OF HAWAII, a Hawaii corporation, as Trustee Under Land Trust No. 90-01825, as Lessee; JOHN DOES 1-50, JANE DOES 1-50, DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50, DOE ENTITIES 1-50, and DOE GOVERNMENTAL ENTITIES 1-50,<br><br>Defendants. | Civil No.  13-1-0832-03 (Foreclosure)<br><br>NOTICE OF PARTIAL SATISFACTION OF AMOUNTS OWED IN "ORDER GRANTING PLAINTIFF WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS KUHIO BANYAN OWNERS ASSOCIATION, KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC. AND BANK OF HAWAII ON ALL COUNTS OF COMPLAINT FOR TERMINATION OF LEASES AND OTHER RELIEF, FILED ON MARCH 19, 2013, FILED ON  MAY6, 2013" FILED ON DECEMBER 2, 2013<br><br><br>Judge:  Hon. Bert I. Ayabe<br><br>TRIAL DATE:  None set. |

## EXHIBIT "C"

62770.docx

NOTICE OF PARTIAL SATISFACTION OF AMOUNTS OWED IN "ORDER GRANTING PLAINTIFF WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS KUHIO BANYAN OWNERS ASSOCIATION, KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC. AND BANK OF HAWAII ON ALL COUNTS OF COMPLAINT FOR TERMINATION OF LEASES AND OTHER RELIEF, FILED ON MARCH 19, 2013, FILED ON MAY6, 2013" FILED ON DECEMBER 2, 2013

Plaintiff WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC ("WMIC"), by and through its undersigned counsel, does hereby state that the "ORDER GRANTING PLAINTIFF WAIKIKI MARKETPLACE INVESTMENT COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS KUHIO BANYAN OWNERS ASSOCIATION, KUHIO BANYAN LEASE EXTENSION ACCOMMODATOR, INC. AND BANK OF HAWAII ON ALL COUNTS OF COMPLAINT FOR TERMINATION OF LEASES AND OTHER RELIEF, FILED ON MARCH 19, 2013, FILED ON MAY6, 2013" FILED ON DECEMBER 2, 2013 (the "Summary Judgment Order") has been partially satisfied as set forth below.

1.     The Summary Judgment Order provided, among other things, that judgment (the "Judgment") shall be entered in favor of WMIC and against KBOA for all indebtedness owed by KBOA as a result of KBOA's failure to pay to WMIC the amounts owed under the Indenture of Sub-Sub-Sublease dated November 27, 1981, as amended (as amended, the "Sub-Sub-Sublease") and the Sub-Sublease and Guaranty of Sublease, dated December 4, 2007 (the "Sub-Sublease and Guaranty") in the sum of $199,273.46, plus interest at the legal rate of 10% per annum, as shall accrue thereafter on the Judgment until the Judgment is satisfied. This amount has been paid by KBOA.

U.S. Bankruptcy Court - Hawaii  #14-00088  Dkt # 97  Filed 07/23/14  Page 35 of 37

2.      The Summary Judgment Order also provided, among other things, that judgment shall be entered in favor of WMIC and against KBOA for all indebtedness owed by KBOA as a result of KBOA's failure to pay to WMIC the amounts owed under the Waikiki Marketplace Sublease dated April 30, 1987 (the "Office Lease") in the sum of $19,060.36, plus interest at the legal rate of 10% per annum, as shall accrue thereafter on the Judgment until the Judgment is satisfied.  This amount has been paid by KBOA.

3.      The Summary Judgment Order also provided, among other things, that judgment shall be entered in favor of WMIC and against KBOA for all indebtedness owed by KBOA as a result of KBOA's failure to pay to WMIC the amounts owed pursuant to that certain oral agreement between WMIC and KBOA, pursuant to which WMIC agreed to provide certain security and related services through its security personnel (the "Security Services Agreement") in the sum of $2,880.00, as of October 1, 2013, plus interest at the legal rate of 10% per annum, as shall accrue thereafter on the Judgment until the Judgment is satisfied.  This amount has been paid by KBOA.

DATED: Honolulu, Hawaii _____

_____
SIMON KLEVANSKY
ALIKA L. PIPER
Attorneys for Plaintiff
WAIKIKI MARKETPLACE
INVESTMENT COMPANY, LLC

U.S. Bankruptcy Court - Hawaii   #14-00088   Dkt # 97   Filed  07/23/14   Page 36 of 37

# EXHIBIT B

# KBOA/KBLEA Proof of claims

Kuhion Banyan Owners Association (14-00088)

| Claim No. | Creditor | Amount | Disposition |
|---|---|---|---|
| 1 | WMIC | $88,420.86[1] | Paid at settlement |
| 2 | IRS | $260.65 | 2013 and 2014 tax returns not due yet |
| 3 | HI DOTAX | Unknown | 2013 tax returns not due yet |
| 4 | Thyssenkrupp | $11,921.20 | Paid pursuant to terms of service contract |
| 5 | Kekaulike | $142,033.05 | Paid pursuant to terms of contract |

Kuhio Banyan Lease Extension Accommodator (13-01821)

| Claim No. | Creditor | Amount | Disposition |
|---|---|---|---|
| 1 | IRS | $100 | No taxes due |
| 2 | HI DOTAX | Unknown | No taxes due |

---

[1] Amended per Settlement Agreement. See Exhibit A

278062/14-14

**EXHIBIT B**